Case 3:19-cv-01437-LAB-WVG   Document 3   Filed 11/11/19   PageID.18   Page 1 of 2

Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile:  310/209-2348

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CALICE,<br><br>             Plaintiff,<br><br>       v.<br><br>VICAL INCORPORATED, R. GORDON DOUGLAS, RICHARD M. BELESON, GARY A. LYONS, ROBERT C. MERTON, GEORGE J. MORROW, VIJAY B. SAMANT, and THOMAS E. SHENK,<br><br>             Defendants. | Case No.   19-cv-01437-LAB-WVG<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Michael Calice ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

- 1 -
NOTICE OF VOLUNTARY DISMISSAL

| | |
|---|---|
| 1   Dated: November 11, 2019 | **WEISSLAW LLP** <br> Joel E. Elkins |

Dated: November 11, 2019

**WEISSLAW LLP**
Joel E. Elkins

By: _____

Joel E. Elkins
9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile: 310/209-2348
    -and-
Richard A. Acocelli
1500 Broadway, 16th Floor
New York, NY 10036
Telephone: 212/682-3025
Facsimile: 212/682-3010

*Attorneys for Plaintiff*

- 2 -
NOTICE OF VOLUNTARY DISMISSAL